UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-24298-CIV-ALTONAGA

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

ASHCOM LLC aka ASHLEY FURNITURE
INDUSTRIES, INC. dba ASHLEY FURNITURE,

    Defendant.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby dismisses the above referenced action with prejudice.

Submitted on this 16th day of January, 2018.

    /s/ Jessica L. Kerr_____
    Jessica L. Kerr, Esquire
    Florida Bar No. 92810
    **THE ADVOCACY GROUP**
    333 Las Olas Way,
    CU3, Suite 311
    Fort Lauderdale, Florida 33301
    Telephone: (954) 282-1858
    Email: service@advocacypa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2018, a true and correct copy of

the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              Respectfully submitted,

                                               _/s/ Jessica L. Kerr_____
                                              Jessica L. Kerr, Esq.
                                              Florida Bar No. 92810